Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the items marked "A" consist of brass bell bottle openers, brass brackets, and other brass articles similar in all material respects to those the subject of Abstract 64135, the claim at 15 percent under the provision in paragraph 339 (19 U.S.C. § 1001, par. 339), as modified by T.D. 51802 and T.D. 51909, for brass household utensils was sustained.  The items marked "B," stipulated to consist of brass door knockers the same as those involved in said Abstract 64135, were held dutiable at 22½ percent under the provision in paragraph 397, as modified by T.D. 51802, for brass articles, as claimed.

No. 68700.—Racine Hydraulics & Machinery, Inc. v. United States, protest 63/999 (Milwaukee).

Opinion by LAWRENCE, J.  The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).

No. 68701.—Racine Hydraulics & Machinery, Inc. v. United States, protest 63/3488 (Milwaukee).

Opinion by LAWRENCE, J.  The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).

BEFORE THE FIRST DIVISION, JUNE 30, 1964

No. 68702.—Johnson Motors, Inc., and J. T. Steeb & Co., Inc., et al. v. United States, protests 62/3172, etc. (Seattle and Los Angeles).

OLIVER, Chief Judge :  The protests enumerated in schedule "A," hereto attached and made a part hereof—all of which were consolidated on motion by plaintiffs and without objection from defendant—are directed against actions of the collectors of customs at Seattle and Los Angeles in refusing to allow drawback under the provisions of section 313(c) of the Tariff Act of 1930, as amended by T.D. 53318, on the exportation of certain motor scooters, imported from England, which, it was claimed, did not conform to the prototype sample, upon which the order of the importer, Johnson Motors, Inc., of Pasadena, Calif., was based.

Section 313(c), as amended, *supra*, reads as follows :

Sec. 313.  DRAWBACKS AND REFUNDS.

    *        *        *        *        *        *        *

(c) MERCHANDISE NOT CONFORMING TO SAMPLE OR SPECIFICATIONS.—Upon the exportation of merchandise not conforming to sample or specifications or shipped without the consent of the consignee upon which the duties have been paid and which have been entered or withdrawn for consumption and, within ninety days after release from customs custody, unless the Secretary authorizes in writing a longer time, returned to customs custody for exportation, the full amount of the